**Fill in this Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Buddy | Glen | Whaley, Jr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Dava | Christine | Whaley |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Eastern District of Tennessee

Case number: 18-bk-13483 SDR

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $21,166.21 |
|---|---|
| Claimant's Name: | Dava Christine Whaley |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 225 Brittany Ln. Dayton, TN 37321<br>423-208-5877 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession, or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

[X] For all cases in the Southern (Chattanooga) & Winchester divisions (five-digit case number beginning with 1 or 4):

Office of the United States Attorney
Eastern District of Tennessee
1110 Market Street, Suite 515
Chattanooga, TN 37402

[ ] For all cases in the Northeastern (Greeneville) or Northern (Knoxville) divisions (five-digit case number beginning with 2, 3, or 5):

Office of the United States Attorney
Eastern District of Tennessee
800 Market Street, Suite 211
Knoxville, TN 37902

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 9.12.2023

Signature of Applicant: Dava Whaley

Printed Name of Applicant: Dava Whaley

Address: 225 Brittany Lane, Dayton, TN 37404

Telephone: 423.208.5877

Email: dava.cook@icloud.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable):

Printed Name of Co-Applicant (if applicable):

Address:

Telephone:

Email:

**6. Notarization**
STATE OF Tennessee
COUNTY OF Hamilton

This Application for Unclaimed Funds, dated 12th was subscribed and sworn to before me this 12th day of September, 2023 by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public Amy Osborn

My commission expires: 7-30-25

**6. Notarization**
STATE OF
COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20___ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public

My commission expires: