

**SO ORDERED.**
**SIGNED this 19th day of September, 2023**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_Shelley D. Rucker_

Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

**IN RE:**                                    **Case #: 18-13483 SDR**
**Buddy Glen Whaley, Jr**                     **Chapter 13**
**Dava Christine Whaley**
        **Debtor(s)**

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application having been filed for the Claimant(s), Dava Christine Whaley, for

payment of unclaimed funds deposited with the Court, pursuant to 11, U.S.C. §347(a), and the

application and supporting documents having established that the Claimant(s) is/are entitled to

the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. §2042, the sum of $21,166.21 held in unclaimed

funds be made payable to Dava Christine Whaley and be disbursed to the payee via direct

deposit.

The clerk will disburse these funds not earlier than 14 days after entry of this Order.

# # #

APPROVED FOR ENTRY:

TOM BIBLE LAW

/s/W. Thomas Bible, Jr.
W. Thomas Bible, Jr., BPR 014754
6918 Shallowford Road, Suite 100
Chattanooga, TN  37421 (423)
424-3116; (423)443-4888 fax
tom@tombiblelaw.com
Attorneys for the Debtor